**6**

**Grace TIFFIN, Special Administratrix of the Estate of John Tiffin, Deceased, v. TOLEDO, SAGINAW & MUSKEGON RAILWAY COMPANY.**

Circuit Court of Appeals, Sixth Circuit.
November 18, 1927.

No. 4877.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Arthur P. Hicks and C. W. Hatfield, both of Detroit, Mich., for plaintiff in error.

H. R. Martin and Leo J. Carrigan, both of Detroit, Mich., for defendant in error.

PER CURIAM. Dismissed for failure to file brief under rule 20.